# EXHIBIT 6

**DECLARATION OF WENDY WOLFORD, VICE PROVOST FOR INTERNATIONAL AFFAIRS, CORNELL UNIVERSITY**

I, Wendy Wolford, declare as follows:

1. I am the Vice Provost for International Affairs at Cornell University ("Cornell" or the "University"). I have held this role since February 16, 2018. The responsibilities of my office include strengthening Cornell's global connections and interdisciplinary academic initiatives and supporting Cornell's international community. As the Vice Provost for International Affairs, I have personal knowledge of the contents of this declaration and/or have knowledge of the matter based on records available to me. If called as a witness, I could and would testify competently to the following facts.

2. Cornell is a member of the Association of American Universities ("AAU"), and the President's Alliance on Higher Education and Immigration (the "President's Alliance"), represented by its President, Michael I. Kotlikoff. Cornell has been affiliated with the AAU since 1900 and has been affiliated with the President's Alliance since 2022.

3. I am familiar with the Broadcast Messages—numbered 2608-01 and 2608-02—that were issued by SEVP on August 12, 2026, and August 24, 2026, respectively (the "Broadcasts"). I understand that, among other things, the Broadcasts announce a new interpretation that CPT is available only if practical training is "required for *all* students pursuing [a] degree," such that "its absence would make the attainment of a degree an impossibility." The Broadcasts therefore narrow the types of CPT that an institution may offer, by excluding optional or elective experiential learning opportunities even if such opportunities are offered for-credit as part of a degree's established curriculum. The Broadcasts also threaten university officials with

potential liability for authorizing CPT opportunities inconsistent with the Broadcasts' interpretation of the regulation.

**A. Background**

4. Cornell is unique in its dual role as both an Ivy League university and New York State's land-grant institution. The university treats that combination as core to its identity, tying knowledge creation directly to public service—a commitment that is infused throughout Cornell's mission, vision, values, and educational and research activities.

5. Cornell's mission is to discover, preserve and disseminate knowledge, to educate the next generation of global citizens, and to promote a culture of broad inquiry throughout and beyond the Cornell community. Cornell also aims, through public service, to enhance the lives and livelihoods of students, the people of New York and others around the world.[1] Indeed, the University's core values and university-wide vision statements each, respectively, emphasize "changing lives through engagement,"[2] and identify "land-grant legacy of public engagement" as a defining strength of the University that attracts students and faculty alike.

6. Experiential learning opportunities—such as internships, practicums, and clinic or field placements—are central to that mission. Through such opportunities, students gain real-world perspective and exposure to diverse career pathways, strengthen professional competencies, and develop the leadership and problem-solving skills needed for success after graduation. This integration of academic learning with practical experience reflects Cornell's

[1] *See* Cornell University Mission Statement, *available at*: https://www.cornell.edu/about/mission.cfm.

[2] *See* Cornell's University Vision Statement and Core Values, *available at:* https://www.cornell.edu/about/mission.cfm.

longstanding commitment to engagement, public service, and preparing students to address complex challenges beyond the classroom.

7. Over the past decade, Cornell has converted this ethos into concrete, university-wide commitments. For example, Engaged Cornell, launched in 2015 with a $50 million gift from David and Cheryl Einhorn, set a goal of 100% undergraduate participation in high-quality community engagement; the university reports it is on track to meet that goal by 2029.

8. Cornell and Weill Cornell Medical College have been certified under the Student and Exchange Visitor Program (SEVP), administered by the Department of Homeland Security (DHS), since April 30, 1954 and June 15, 1984, respectively—meaning the institution is authorized by SEVP to enroll international students in F-1 status. Cornell enrolls approximately 26,800 students across all campuses, with students from every state and more than 130 countries, Of the total student population, international students comprise roughly 26% (over 7,100 students), most of whom are enrolled as F-1 students through SEVP.

9. International F-1 students are typically authorized to engage in the University's integral experiential opportunities through curricular practical training ("CPT"). On average, Cornell authorizes approximately 1,400 students for CPT each year, across many different degree programs and fields of study, spanning undergraduate, master's, professional, and Ph.D. programs.

10. As detailed below, the Broadcasts have raised significant concerns and are causing serious and ongoing harm to Cornell and its community of international students.

**B. Disruptions to Academic Programs**

11. The abrupt tightening of CPT rules and redefinition of "integral" as "required" has upended decades of long-standing practice based on prior SEVP guidance and is forcing programs

across the University to either rework degree requirements on short notice, or risk international students not being able to participate in valuable experiences based on course requirements or required research for dissertation or thesis.

12. Between August 15, 2024, and August 15, 2026, Cornell authorized CPT for 1,190 master's and professional students, 711 undergraduates, and 626 Ph.D. students in its Ithaca and Cornell Tech programs, along with approximately 50 master's and Ph.D. students in its Weill Cornell Medical programs. Most of these authorizations were based on a course requirement, a long-established engineering Co-op program, or for required dissertation or thesis research. Most were for summer work, and in every case the placement was considered—by the student, faculty advisor, and department—to be integral to the student's curriculum.

13. According to the Deans of our various colleges and schools, international students across a wide range of Cornell programs depend on experiential learning opportunities to translate classroom instruction into professional skills, apply academic concepts in real-world settings, and satisfy the educational objectives of their degree programs.

14. This is because, in many disciplines, including engineering, computer science, business, agriculture, hospitality, public policy, information science, veterinary medicine, labor relations, and numerous graduate and professional fields, practical training experiences allow students to engage directly with industry, research institutions, government agencies, nonprofit organizations, and other partners whose expertise cannot necessarily be replicated in the same way in a classroom.

15. These experiences are carefully integrated into a student's academic program through faculty oversight, learning objectives, reflective assignments, research components, or other curricular mechanisms. Although many of Cornell's academic programs are intentionally

designed to provide students with flexibility to pursue different educational pathways while achieving common learning objectives, such that not every degree program currently requires each and every student to complete practical training as a formal graduation requirement, these experiences nonetheless provide substantial educational value and remain essential to students' ability to achieve their academic and curricular objectives.[3]

16. In light of the clear curricular value of these experiences, many programs are currently considering formalizing these valuable experiences as mandatory degree requirements for all students; however, depending on the circumstances involved, revising the curricula to mandate these as formal requirements for all students in the program not only limits academic flexibility for domestic students, it also may require expedited review and approval from the New York State Education Department (NYSED), and, potentially even SEVP—processes which can be resource-intensive and are not designed to be completed on short notice.

17. In the interim, limiting CPT authorization only to experiences that are universally required would exclude international students from participating in many academically beneficial opportunities that faculty have determined advance curricular objectives, without providing a corresponding benefit.

[3] For example, certain degree programs may include multiple established concentrations, tracks, specializations, and curriculum variations; accordingly, some experiential learning requirements may be integral to an established curriculum for a student's concentration or track, without necessarily being a mandatory degree requirement for students pursuing a different concentration or track, making it challenging to determine how broadly a particular program of study should be defined for CPT purposes under the Broadcasts.

18. In addition, optional practical training ("OPT") often is not a practical alternative to CPT in these circumstances. Unlike CPT, which is designed to support practical training that is integrated with a student's ongoing academic program, OPT requires advance application and adjudication by USCIS, creating significant uncertainty regarding whether approval will be received in time for a student to begin an internship or similar experiential learning opportunity.

19. Many internships, particularly summer positions, operate on fixed recruiting and start-date schedules, and require students to commit months in advance. Delays in OPT processing could therefore cause students to lose opportunities altogether or prevent them from participating during the limited period in which the experience integrates with their coursework.

20. This problem is exacerbated because students can only apply for OPT ninety (90) days before the proposed OPT start date; however, USCIS's stated processing time for OPT applications currently is five months,[4] which virtually guarantees that pre-completion OPT EADs will not be received in time to begin an internship.

21. Requiring international students to rely on OPT in lieu of CPT would also significantly and unfairly constrain the amount of practical experience available to them, as students forced to use OPT to participate in curricular training during their studies would have less OPT available after graduation, reducing opportunities for further professional development and diminishing the ability of U.S. institutions to provide an overall practical training experience that outshines their counterparts in other countries.

[4] *See attachment 1, also available at* ***https://egov.uscis.gov/processing-times*** (showing that over the past six months, only 80% of applications to Service Center Operations for employment authorization based on a request by a qualified F-1 academic student were completed within five (5) months).

22. Accordingly, if the Broadcasts are not enjoined, Cornell may be required to make changes to several program offerings an academic pathways to ensure they remain viable for international students (which would be costly and time-consuming to implement and not easily unwound).

**C. Harms to recruitment, enrollment, and retention**

23. As instructed, since the issuance of the Broadcasts, the University has authorized CPT only for those students enrolled in a program that already had established experiential learning experiences as a mandatory degree requirement for all students in the program, and has not authorized CPT for any opportunities based on established course requirements (embedded in the curriculum), enrollment in the Engineering Co-Op Program, or for thesis or dissertation research.

24. As a result, both Cornell and its international students face potential loss of academic flexibility, to the extent that certain curricular placements central to a student's course of study, but not necessarily mandatory, are no longer available to international students; deepened inequality, since international students already have fewer work and funding opportunities than their peers; and interrupted academic progress for students whose research or degree requirements depend on this work.

25. I am aware that Cornell has received feedback from current and prospective international students expressing significant concerns about the Broadcasts, and indicating that the significant narrowing of when CPT may be authorized creates a strong disincentive to come to, or continue studying in, the United States.

26. While international students in nearly every field of study apply for CPT at some point in their studies, CPT typically is used most heavily in Business, Computer Science, and

Engineering, where students rely on internships to build toward post-graduate OPT and/or to remain competitive for full-time offers.

27. Several students already have reported that the loss of internship opportunities as a result of the Broadcasts has significantly disrupted their dissertation research (such as by losing access to external data sets, facilities, equipment and resources necessary to complete their work that aren't available at Cornell), and, in at least one instance, contributed to a student's decision to discontinue their program. Other students have expressed strong concerns that the loss of such opportunities has jeopardized their ability to complete their dissertations and graduate on time, or negatively impacted their post-graduation prospects. Several also have inquired about, or planned to seek, practical opportunities outside the U.S., as a result of the Broadcasts.

28. In my experience, international students who decline to enroll in, or who choose not to complete, academic programs in the United States because they are unable to obtain meaningful practical training opportunities as part of their course of study often pursue their education in other countries that offer clearer and more accessible pathways for experiential learning. Once those students choose another country or institution, they are unlikely to return to the University or contribute to the U.S. economy over the long-term.

29. In addition, because the burden imposed by the Broadcasts disproportionately impacts international students in fields like business, law, computer science, and engineering—and those in Ph.D. programs where experience learning is a critical component of academic learning and professional development—they risk hampering U.S. leadership and competitiveness in fields where it is most critical for the nation to maintain its advantage by attracting and retaining top talent.

30. Each lost enrollment of an international student also leaves Cornell worse off: we miss out on talented students who enrich our academic and social lives as a community of learning, and in some cases, the University loses tuition dollars that help support our programs.

**D. Compliance costs and administrative burdens**

31. The Broadcasts already are causing and will continue to cause significant harms to Cornell as our International Services (Ithaca) and International Student Services (Weill Cornell Medical College) offices work to understand and adjust to the new requirements and ensure compliance.

32. In addition, without clarity on SEVP's expectations in this regard, employers may decline to participate, delay placements, or withdraw offers due to added administrative burden, documentation, uncertainty, or perceived compliance risk, resulting in even more lost opportunities for international students.

33. Similarly, DSOs may become reluctant to exercise their usual professional judgment given the threatened consequences, both for the institution and individual staff. Since the Broadcasts have come out, our immigration advisors already are reporting a significant increase in questions from international students and departments related to the Broadcasts, and students have expressed increased anxiety about how the Broadcasts will impact their ability to achieve their academic goals. DSOs have expressed concern that the lack of consistency and clarity between the messages and longstanding DHS guidance (some of which remains publicly posted even after the Broadcasts), may increase the risk of advising errors in an increasingly high-stakes process, or else chill their ability to advise students and perform their other SEVP functions, due to the threat of personal liability.

**E. The Need for Clarity and Relief is Urgent**

34. These harms are already occurring and will compound over time. Accordingly, the need for relief is urgent.

35. Over 100 international students typically complete CPT over winter or spring break, and are expected to submit requests for CPT in the coming months.

36. In addition, many international students are currently applying for or securing summer internships, and institutions need clear guidance now so students, academic units, and employers can appropriately assess CPT eligibility and make informed decisions before internship commitments are finalized.

37. Accordingly, without clarity on the scope of when CPT can be authorized, Cornell and many of its students will be negatively impacted.

38. Cornell prizes its reputation as one of the top universities in the world. That reputation both attracts the most talented young scholars from around the world and is built on our ability to recruit them.

39. The Broadcasts undermine international confidence in U.S. institutions of higher education, including Cornell.

40. When Cornell's identity as a U.S. institution becomes a hinderance, rather than an asset, Cornell's efforts to compete in a global marketplace for academic talent is seriously harmed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2026, at Cornell University, Ithaca, New York.

Wendy W. Wolford
Vice Provost for International Affairs
Robert A. and Ruth E. Polson Professor of Global Development