# EXHIBIT 15

# DECLARATION OF JOHANNES BRITZ, VICE PRESIDENT, UNIVERSITIES OF WISCONSIN

I, Johannes Britz, declare as follows:

**1.** I am the Vice President for Academic and Student Affairs for the Universities of Wisconsin. I have held that position since June 1, 2022.[1] Prior to this position, I served as the Provost and Senior Vice Chancellor for Academic Affairs at UW-Milwaukee, where I was also a professor in the School of Information Studies. I began serving in that position in 2010. Prior to that position, I served as Dean of the School of Information Studies at UW-Milwaukee from 2005 to 2010. I held a concurrent appointment as interim Dean of the College of Health Sciences at UW-Milwaukee from 2008 to 2009.

**2.** The Universities of Wisconsin is the business name of the Board of Regents of the University of Wisconsin System. The Universities of Wisconsin are a system of thirteen (13) public universities[2] established by the State of Wisconsin pursuant to Wis. Stat. § 15.91 and ch. 36.

**3.** The Universities of Wisconsin serve more than 163,000 students, more than 8,700 of whom are international students. Awarding more than 37,000 degrees annually, these 13 public universities are Wisconsin's talent pipeline, putting graduates in position to increase their earning power, contribute to their communities, and make Wisconsin a better place to live. Nearly 90% of in-state Universities of Wisconsin graduates stay in the state five years after earning a degree. The Universities of Wisconsin also contribute to the richness of Wisconsin's culture and economy with cutting-edge and life-changing research, new companies and patents, and boundless creative and intellectual energy.[3]

**4.** Through a constellation of universities statewide, our two nationally recognized Research I universities in Madison and Milwaukee together with 10 comprehensive universities and Wisconsin's only polytechnic university offer a wide variety of undergraduate and graduate degree programs – including doctoral and

---

[1] *See* https://www.wisconsin.edu/news/archive/johannes-britz-to-serve-as-interim-academic-and-student-services-leader-for-uw-system/.

[2] These 13 universities are UW-Eau Claire, UW-Green Bay, UW-La Crosse, UW-Madison, UW-Milwaukee, UW-Oshkosh, UW-Parkside, UW-Platteville, UW-River Falls, UW-Stevens Point, UW-Stout Polytechnic, UW-Superior, and UW-Whitewater. *See* https://www.wisconsin.edu/find-your-uw/.

[3] *See* https://www.wisconsin.edu/about/.

professional degrees – providing unlimited opportunities to explore, learn, and thrive

**5.** I oversee the Division of Academic and Student Affairs within the Universities of Wisconsin. The mission of the Division of Academic and Student Affairs is to fulfill the Universities of Wisconsin's commitment to academic excellence, faculty and student success, shared governance, and community engagement. Inherent in this broad mission are methods of instruction, research,extended training, and public service designed to educate people and improve the human condition. Basic to every purpose is the search for truth.[4]

**6.** In collaboration with the leaders, faculty, staff, and students of the 13 universities comprising the Universities of Wisconsin, the division advises and provides vision, leadership, and service to the Board of Regents and President to ensure:

- **a.** All Wisconsin residents have access to high-quality educational experiences, and their success is central to everything we do.
- **b.** All universities model equitable policies and practices, so every student is prepared for the challenges and opportunities of life and work in an increasingly diverse state, nation, and world.
- **c.** All universities support opportunities for faculty, students, and staff to discover and share knowledge through research, scholarship, teaching, and service, which advances the Wisconsin Idea by meeting the educational, economic, and cultural needs of Wisconsin, the nation, and the world.
- **d.** The Universities of Wisconsin remains a national leader in public higher education.

**7.** The Universities of Wisconsin and the thirteen UW Universities are members of the Presidents' Alliance on Higher Education and Immigration, represented by Renee Wachter, the Interim President of the Universities of Wisconsin. The Universities of Wisconsin pays annual dues to the Presidents' Alliance on Higher Education and Immigration. UW-Madison is also a member of the Association of American Universities.

[4] *See* https://www.wisconsin.edu/about/offices/academic-and-student-affairs/.

**8.** I have personal knowledge of the contents of this declaration or have knowledge of the matters based on my review of information and records gathered by Universities of Wisconsin personnel, and could testify thereto.

**9.** All 13 UW Universities have been certified under the Student and Exchange Visitor Program (SEVP), administered by the Department of Homeland Security (DHS), meaning all thirteen UW Universities are authorized by SEVP to enroll international students in F-1 status.

**10.** I am familiar with the Broadcast Messages Numbers 2608-01 and 2608-02 issued on August 12 and 24, 2026, respectively, by the Student and Exchange Visitor Program (SEVP) within U.S. Immigrations and Customs Enforcement in the Department of Homeland Security. Prior to the issuance of these Broadcast Messages, I understand the previously consistent guidance of ICE was that for Curricular Practical Training (CPT) for F-1 students to be authorized, it must meet a graduation requirement or be awarded academic credit to the student. The Broadcast Messages purport to change that guidance by suggesting that, for CPT to be authorized, the same practical training requirements must apply to all students, regardless of students' individual needs and interests and that it must be an impossibility for an F-1 student to complete their degree without CPT.

## A. Background

**11.** Together the thirteen UW Universities offer nearly 1,500 degree programs.[5] These include undergraduate, graduate, and professional degrees in a broad range of fields and interests. These degrees are designed to help graduates of the Universities of Wisconsin to meet the needs of Wisconsin's workforce.

**12.** International students on F-1 visas are valued and vital members of their communities within the Universities of Wisconsin. Being able to recruit the best and the brightest international students to Wisconsin broadens the educational experience of students from Wisconsin and elsewhere. International students bring different perspectives and insights that enrich the educational experience of domestic students and the communities in which those international students live and study.

---

[5] *See* https://www.wisconsin.edu/find-your-program/.

**B. Harms to the Universities' Reputation and Ability to Exercise Their Professional Judgement**

**13.** After three years of consecutive enrollment growth, overall enrollment levels for Fall 2026 remain steady at the Universities of Wisconsin, according to preliminary estimates based on Day One student counts. Enrollment decreased approximately 1% across the 13 UWs, which included significant international student decreases. Estimates show fall 2026 enrollment at 163,260 students, a decline of 1,732 students overall, with 1,100 of those being international students.[6]

**14.** Overall day one international student enrollment declined by 1,118 students heading into Fall 2026, a direct result of the challenging environment for international recruitment that is impacting the entire nation. The largest sources of international enrollment are unsurprisingly the largest sources of decline. UW-Madison is down 682 enrollments (9 percent) day one, while UW-Milwaukee is down 215 enrollments (21 percent). The following chart was published by Universities of Wisconsin on September 10, 2026:

[6] *See* https://www.wisconsin.edu/news/archive/universities-of-wisconsin-maintain-enrollment-above-160000-students-following-three-straight-years-of-growth-estimates-show/.

**Day One[7] International Enrollment**

| University | Fall 2025 Day One | Fall 2026 Day One | Level Change (Headcount) | Percent Change (Headcount) |
|---|---|---|---|---|
| ***UW-Madison*** | 7,365 | 6,683 | -682 | -9% |
| ***UW-Milwaukee*** | 1,035 | 820 | -215 | -21% |
| ***UW-Eau Claire*** | 247 | 200 | -47 | -19% |
| ***UW-Green Bay*** | 186 | 184 | -2 | -1% |
| ***UW-La Crosse*** | 92 | 93 | 1 | 1% |
| ***UW-Oshkosh*** | 112 | 113 | 1 | 1% |
| ***UW-Parkside*** | 82 | 57 | -25 | -30% |
| ***UW-Platteville[8]*** | 37 | 23 | -14 | -38% |
| ***UW-River Falls*** | 49 | 47 | -2 | -4% |
| ***UW-Stevens Point*** | 29 | 32 | 3 | 10% |
| ***UW-Stout Polytechnic*** | 371 | 272 | -99 | -27% |
| ***UW-Superior*** | 186 | 156 | -30 | -16% |
| ***UW-Whitewater*** | 71 | 64 | -7 | -10% |
| ***Universities of Wisconsin*** | 9,862 | 8,744 | -1,118 | -11% |

**15.** A large amount of this decline can be attributed to various actions by the federal government to make it more difficult for international students to study in the United States. By restricting the availability of CPT to a smaller number of students, it is likely that even fewer international students will seek to study at a UW University.

**16.** Each UW University has exercised its academic judgment to permit both foreign and domestic students the flexibility to choose between practical training and other appropriate educational experiences, based on the students' particular interests and needs. Most programs have an elective graduation requirement that can be satisfied by a number of specific courses. Many times, this elective graduation requirement can include a practical training option. Other

---

7 Enrollment will differ from 10th day enrollment, which is the official date of record

8 UW-Platteville Baraboo Sauk County was open in Fall 2025 and closed by Fall 2026. Their data is included in the year-to-year comparisons above.

times, programs have a graduation requirement that can be met by practical training or some type of academic capstone project.

**17.** The Universities of Wisconsin have a long history of integrating practical and real-life experiences into their educational programs. This is so central to the Universities of Wisconsin that it is framed as "the Wisconsin Idea."[9] UW President Charles Van Hise is often credited with creating this idea in 1905, when he stated, "I shall never be content until the beneficent influence of the University reaches every family of the state."

**18.** The Wisconsin Idea has been codified in the Statement of Purpose and Mission for the Universities of Wisconsin in Wis. Stat. § 36.01, which states:

> **(1)** The legislature finds it in the public interest to provide a system of higher education which enables students of all ages, backgrounds and levels of income to participate in the search for knowledge and individual development; which stresses undergraduate teaching as its main priority; which offers selected ***professional graduate and research programs*** with emphasis on state and national needs; which fosters ***diversity of educational opportunity***; which promotes ***service to the public***; which makes effective and efficient use of human and physical resources; which functions cooperatively with other educational institutions and systems; and which promotes internal coordination and the wisest possible use of resources.
>
> **(2)** The mission of the system is to develop human resources, to discover and disseminate knowledge, to extend knowledge and its application beyond the boundaries of its campuses and to serve and stimulate society by developing in students heightened intellectual, cultural and humane sensitivities, scientific, ***professional and technological expertise*** and a sense of purpose. Inherent in this broad mission are methods of instruction, research, ***extended training*** and public service designed to educate people and improve the human condition. Basic to every purpose of the system is the search for truth (emphases added).

**19.** In their academic judgment, UW Universities have found that practical training is effective at producing graduates who are highly prepared to enter the workforce. Students and instructors have consistently reported their

9 *See* https://www.wisc.edu/wisconsin-idea/.

preference for hands-on learning and meaningful outcomes from engaging in practical training. Practical training remains an effective and important tool for training the next generation of workers.

**20.** Individual UW Universities market their programs based on student opportunities for elective internships that satisfy graduation requirements. UW-Stout Polytechnic has marketed itself with the phrase, "Do more on day one," which refers to the rich portfolio of hands on learning and practical training available to students at its campus.[10]

**21.** Many campuses highlight practical training on their homepages. UW-Platteville states, "At UW-Platteville, you'll gain practical, real-world experience that equips you for success in today's competitive job market."[11] UW-Parkside states, "At UW-Parkside, you're never far from opportunity. Our location between Milwaukee and Chicago puts internships, networking, research, and career connections within reach from day one."[12] UW-River Falls says, "You can have it all here.... Close access to professional experiences in the region and opportunities for involvement, research and more in your first semester. What more could you ask for?"[13]

**22.** The University of Wisconsin Law School ("law school") is part of UW-Madison and is accredited by the American Bar Association ("ABA"). ABA standard 303(a)(3)[14] provides that accredited law schools:

> shall offer a curriculum that requires each student to satisfactorily complete at least the following:
>
> . . .
>
> one or more experiential course(s) totaling at least six credit hours. An experiential course must be a simulation course, a law clinic, or a field placement, as defined in Standard 304.

---

10 *See* https://www.uwstout.edu/DoMore.

11 *See* https://www.uwplatt.edu/.

12 *See* https://www.uwp.edu/.

13 *See* https://www.uwrf.edu/.

14 *See* https://www.americanbar.org/content/dam/aba/administrative/legal_education_and_admissions_to_the_bar/standards/2026-2027/2026-2027-standards-chapter-3.pdf.

ABA standard 304(a) provides:

> Experiential courses satisfying Standard 303(a) are simulation courses, law clinics, and field placements that must be primarily experiential in nature and must:
>
> > (1) integrate doctrine, theory, skills, and legal ethics, and engage students in performance of one or more of the professional skills necessary for competent and ethical participation as a member of the legal profession;
> >
> > (2) develop the concepts underlying the professional skills being taught;
> >
> > (3) provide multiple opportunities for performance;
> >
> > (4) provide opportunities for student performance, self-evaluation, and feedback from a faculty member, and, for a field placement, a site supervisor;
> >
> > (5) provide a classroom instructional component; or, for a field placement, a classroom instructional component, regularly scheduled tutorials, or other means of ongoing, contemporaneous, faculty-guided reflection; and
> >
> > (6) provide direct supervision of the student's performance by the faculty member; or, for a field placement, provide direct supervision of the student's performance by a faculty member or a site supervisor.

**23.** The law school takes a "Law-in-Action" approach to its curriculum and advertises this approach to prospective students.[15] As articulated on the law school's website:

> Our Law-in-Action tradition here at UW Law means that in addition to teaching the basics of legal rules, our students learn why those rules evolved to address social concerns and how those rules operate in the real world.
>
> Every law school will teach you the legal rules, and many other schools feature a broader, more socially aware view of the law. At UW Law, we

---

15 *See* https://law.wisc.edu/law-in-action/.

> go above and beyond with our longstanding hallmark of a law-in-action approach to teaching.
>
> That's what makes UW Law a different kind of law school. That's why Wisconsin will make you a different — and better — kind of lawyer.

Field placements—often called externships—are an important way for students to participation in this “Law-in-Action" approach.

**24.** Since the fall of 2011, the law school has encouraged students to apply for a broad range of potential externship opportunities at government agencies, non-profit organizations and corporate legal departments and, if approved for enrollment in the Law Externship program by the Externship Director prior to the start of the semester, to receive appropriate academic credit for participation. Externship sites include numerous state government agencies and state and local non-profits. Approved externships are a long-standing and integral part of the law school’s curriculum.

**25.** Prior to the Broadcast Messages, international students were approved for and participated in externships to fulfill a graduation requirement. Currently, international students are being denied CPT approval for externships because the graduation requirement can also be satisfied through a law school clinic course or a simulation course. This will deny international students educational choice and result in increased demand for law school clinic and simulation courses.

**26.** The UW-Madison Graduate School offers 282 degree programs, including 166 master’s programs, and 113 doctoral programs, which attract students throughout the United States and from around the world.

**27.** Enrolling in a graduate program—master’s or doctoral—requires a substantial time (and often financial) commitment by students, typically with the goal of entering into or progressing in a particular profession. Graduate education trains students through coursework in a specific discipline while also allowing for research and exploration in the discipline through unique experiences, sometimes including practical training.

**28.** Graduate students may or may not have prior professional experience in their field of study. To maximize the return on investment for graduate students, program requirements often include flexibility. For example, requiring a master’s student who already has 3 years of prior professional experience to complete practical training may be redundant and unnecessarily increase their time to degree. Whereas a student entering a master’s program directly from

undergraduate education may need practical training in order to obtain the proficiency necessary to complete the program learning outcomes. Accordingly, the Master of Science in Pharmaceutical Sciences program allows students to choose 8 credits from an approved course list to complete the degree requirements. One of the options is a 2-4 credit summative research internship, but students may choose to complete didactic courses instead. This tailored and flexible approach helps ensure that students get the most out of their graduate education. However, the changes to CPT will require the UWs to decrease the flexibility offered to graduate students by either making practical training required for all students in a particular program or eliminating the option for international students.

**29.** The inflexible approach mandated by the Broadcast Messages is especially problematic for students who are pursuing a PhD degree. All PhD programs include a highly personalized multi-year dissertation requirement. Each PhD student must produce a dissertation, but the research topic and means of studying that topic are left to the academic judgment of the faculty advisor and the graduate student. Sometimes the only option for studying a particular topic is through practical experience; however, that will not be true for all students in the same PhD program. For example, students in the Microbiology PhD program must complete a Professional Development requirement, but that requirement may be fulfilled through several options. One student may choose to obtain experience working in a laboratory with an industry partner through an internship. However, another student in that same program may choose to complete two additional credits of coursework from a list of approved courses that will be beneficial to that specific student's educational and career goals. Both options support student goals post-degree completion, but one goal may be industry-focused, while the other focuses on further education in a particular skill or outcome. Requiring practical training for all or none of the students in a specific PhD program is contrary to the highly specialized nature of doctoral training.

**30.** For students who were denied CPT for the fall 2026 semester due to the Broadcast Messages, the UW-Madison Graduate School has had to find alternate means of assisting students to continue to make progress towards their degree and for funding their education through last-minute course enrollments and unanticipated assistantships. However, this one semester Band-Aid may not fully remediate the impacts to graduate students in multi-year programs who need access to CPT to complete their individualized degree plans.

**31.** On August 27, 2026, UW-Madison's Director of International Student Services and PDSO contacted the SEVP representative for the State of Wisconsin to

request clarification regarding the Broadcast Messages' impact on approving CPT for students whose individualized thesis or dissertation plan involves practical training. *See* Exhibit A.

**32.** That same day, Wisconsin's SEVP representative responded, in part, as follows:

> Individualized plans are not SEVP-adjudicated and are not generally speaking outlined in an institution's catalogue of program description or degree conferral/program completion requirements. Students may consider pre- or post-completion (if ABD) OPT as alternative options. I can see the argument that these individuals, based on their research topic, may require off-campus learning exposure. However, unless all students pursuing a Ph.D. in Zoology are required to complete a training/internship/practicum, then pursuant to the recent broadcast messages, the students would not be considered in compliance by SEVP.

**33.** Based on the above response from SEVP, the Universities of Wisconsin are not currently approving CPT for master's or PhD students unless practical training is required of all students within their program.

**34.** In another exchange with Wisconsin's SEVP representative on September 11, 2026, in response to a question about whether the Broadcasts' interpretation would be applied retroactively—such that a student with CPT authorization prior to August 2026 would be held to the Broadcasts' standards during adjudication of a future immigration application with USCIS—the SEVP representative responded that it "is always possible."

**35.** The Broadcasts expressly threaten DSOs with personal liability, including potential criminal liability, if they authorize CPT inconsistent with the Broadcasts' interpretation of the regulation. Moreover, because the Broadcasts purport to "remind" DSOs about the governing standard, this threat presumably applies to past CPT authorizations as well. These threats are highly disruptive to schools and their employees—chilling DSOs in the exercise of their normal advising functions, causing them substantial stress and anxiety, and making them fear potential enforcement actions even for past conduct that complied with the legal framework in effect at the time.

### C. Harms to Individual Program Completion

**36.** The following chart reflects the best estimates of the Universities of Wisconsin in the numbers of students at each academic level who were approved for CPT in Fall of 2025 and Fall of 2026:

| CPT Approvals | Fall 2025 | Fall 2026 | Percent Change |
|---|---|---|---|
| ***Undergraduate*** | 129 | 41 | -68% |
| ***Graduate*** | 114 | 33 | -71% |
| ***Doctoral*** | 97 | 62 | -36% |
| ***Professional*** | 14 | 4 | -71% |
| ***Total*** | 354 | 140 | -60% |

The information collected by the International Directors within each UW University indicates that almost the entire decrease in the numbers of CPT Approvals was due to students being denied for CPT due to the release of the Broadcast Messages and students not applying for CPT after the release of the Broadcast Messages.

**37.** The following are individual CPT cases from Fall 2026 for undergraduate students:

**a.** A student was denied CPT as they were preparing to complete a second semester internship with the company they had a successful experience with over the summer. Though the denial of a second opportunity was no fault of the student, the relatively last-minute nature of the change in plan may have reflected poorly on the student and could have compromised the relationship between the local employer and our institution, potentially affecting future students from being considered for similar practical training experiences.

**b.** Four students who applied for and were denied CPT authorization at one UW University are all high-achieving students in their fields of study, with an average GPA of 3.6. Each student worked closely with their academic advisor to enroll in established internship courses directly related to their major and listed in our course catalog. These students have demonstrated strong academic performance and leadership.

Their internship opportunities were with local companies that maintain cooperative agreements with our institution. The students were formally offered positions, and the employers were expecting

them to complete these internships. As a result of the CPT denials, the companies must now fill these positions at the last minute.

**c.** One affected student is a Computer Science major whose program includes a capstone requirement. Students may fulfill this requirement through either a capstone internship or a capstone project. Prior to the implementation of the new guidance, the student enrolled in an internship course that is established in the university's catalog and successfully secured an internship with a local company that has a cooperative agreement with our institution.

However, under the new guidance, the student was unable to obtain CPT authorization because a capstone project was also available as an alternative means of meeting the degree requirement. As a result, the student could not complete the internship, and the employer must now find a replacement for the position.

**d.** Fall 2026 is one CPT applicant's final semester. The internship course was an option to fulfill a degree requirement in the student's major in the student's final semester. The student had an internship secured with a local company and enrolled in the internship course in their major field of study. The internship course is a curricular option to fulfill a degree requirement and meets a curricular requirement in the major degree plan of the student. Due to the updated guidance, the student did not complete their CPT application. The student had to select an alternative course to meet their final major degree requirements to graduate in Fall 2026.

**38.** The following are individual CPT cases from Fall 2026 for doctoral students:

**a.** Two doctoral students in year five of a health field researching via CPT at an affiliated research laboratory. The students cannot simulate this particular research in a campus lab. Without this continued experience the students will face additional years of study to refocus their dissertations. These students could continue this work if relief is granted before the spring semester.

**b.** A doctoral student in engineering received a federal grant that requires them to work in a corporate setting combining theoretical research in a real-world setting. The grant conditions require that the student be in an off campus corporate setting and then report back

student be in an off campus corporate setting and then report back findings to classmates and faculty working on solutions. This internship is embedded within an active research collaboration focused on the translation of advanced materials developed by university researchers into deployable, resilient building systems. This student could continue this work if relief is granted before the spring semester.

**39.** Pre-completion OPT is neither functionally equivalent to nor a generally practical substitute for CPT. In its August 24, 2026 Broadcast Message, SEVP defines pre-completion OPT as "training that is not an integral part of a student's established curriculum" and states that "OPT is not intended to fulfill requirements of a student's program of study." Research, internships, field experience, and similar practical training, however, may be required or recommended by universities for some students within a degree program precisely because they are integral to the curriculum. Universities may award academic credit for such training when it fulfills program requirements.

**40.** The two forms of authorization also differ substantially in process. Pre-completion OPT requires Form I-765, a filing fee, USCIS adjudication, and receipt of an Employment Authorization Document (EAD) before employment can begin. CPT requires none of these steps. Because practical training opportunities are often confirmed shortly before their intended start dates, OPT processing timelines can make participation impractical or impossible. Pre-completion OPT is also generally limited to 20 hours per week while school is in session, while CPT may be part-time or full-time when permitted by CPT requirements and the university's academic structure. For training lasting only a day, a week, or a few hours over several weeks, the OPT application process can be disproportionately burdensome and costly.

**41.** CPT therefore provides the process reliability and flexibility necessary for students to access practical training embedded in university curricula. Replacing CPT with pre-completion OPT could restrict access to courses and educational pathways and delay graduation while students await Form I-765 adjudication and EAD issuance.

**42.** The Broadcast Messages Numbers 2608-01 and 2608-02 interfere with the academic judgment of the Universities of Wisconsin, hurt their reputation, harm their ability to recruit the most talented and capable international students to

their institutions, and, by so doing, harm the overall academic experience of all 163,000 students.

**43.** I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on this day, the 1st of October 2026.



Johannes Britz

# EXHIBIT A

**From:** Thomas, Phillip M
**To:** Samantha McCabe
**Subject:** RE: CPT Clarifications
**Date:** Thursday, August 27, 2026 5:31:58 PM
**Attachments:** image001.png

Hello Samantha,

Thank you for your email.

**Question 1:** Cooperative agreement or letter:

- The exact definition of a cooperative agreement is not further defined by regulation or SEVP. The institution will need to establish criteria that define this agreement, its structure, and the entities with which the institution is able to enter into such agreements.
- The broadcast messages do not mention a letter in lieu of a cooperative agreement. However, the website has been updated to include the language, "or letter."
- The language used in the regulation is arguably unclear: 8 CFR 214.2(f)(10)(i) (in part): *Curricular practical training is defined to be alternative work/study, internship, cooperative education or any other type of required internship or practicum that is offered by sponsoring employers through cooperative agreements with the school*.
    - ... *practicum that is offered by sponsoring employers through cooperative agreements*. Is this *practicum* and then the whole list *through cooperative agreements* or just *practicum*? It is unclear and is an uncomfortable ambiguity that arises from lists in English. We do not know if *cooperative agreements* is tethered to the last listed item or if it applies as a condition on all the listed items.
- I recommend following the implication in the regulation (list + *sponsoring employers through cooperative agreements*) and the broadcast messages. Create a policy on how the institution then defines *cooperative agreement*.
- Where does that leave the website with "or letter?" I would recommend movement toward *cooperative agreements*, though it may prove prudent to save a copy of the website in its current form.

**Question 2:** "Is it permissible to authorize CPT for a doctoral student working on their dissertation when CPT is required for the student's individual dissertation plan, as approved by the faculty advisor and committee?"

- Unless a distinction is published, I would advise against building a policy around a phone conversation with the SRC.
- Until SEVP states otherwise in published form, I would recommend viewing each Ph.D. student's eligibility for CPT based on their program of admission at large

instead of their individualized plan. Individualized plans are not SEVP-adjudicated and are not generally speaking outlined in an institution's catalogue of program description or degree conferral/program completion requirements. Students may consider pre- or post-completion (if ABD) OPT as alternative options.

- I can see the argument that these individuals, based on their research topic, may require off-campus learning exposure. However, unless all students pursuing a Ph.D. in Zoology are required to complete a training/internship/practicum, then pursuant to the recent broadcast messages, the students would not be considered in compliance by SEVP.
- **That being said, it is a question worth posing. I have forwarded this question to SEVP for comment from the policy division.** My analysis above is based off the absence of clarification from SEVP and is an interpretation of the published guidance.

**Question 3:** Master's students who choose a thesis requirement. I sent this question to policy (either or programs) a few days ago and have not received a response. My knee-jerk interpretation is that "everyone-or-nothing" still applies and that students cannot elect themselves into a requirement.

Kind regards,
Phillip

---

**From:** Samantha McCabe <samantha.mccabe@wisc.edu>
**Sent:** Thursday, August 27, 2026 3:16 PM
**To:** Thomas, Phillip M <phillip.m.thomas@hsi.dhs.gov>
**Subject:** CPT Clarifications
**Importance:** High

You don't often get email from samantha.mccabe@wisc.edu. Learn why this is important

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Dear Phillip,

I am reaching out to ask for clarification on the CPT Broadcast Message (BCM) 2608-01 and BCM 2608-02.

**Signed cooperative agreement or employer letter**
Study in the States was updated to reflect the BCM language. In the Overview section table, it states, "CPT requires a signed cooperative agreement or letter from the employer." Can you

confirm that the signed letter from the employer (or training site more broadly, because CPT is not employment) is sufficient to comply with SEVP BCM guidance?

**Dissertator**
The Universities of Wisconsin institutions that grant doctorate degrees are seeking clarification for doctorate students conducting research for their dissertation. Each doctoral student develops an individual dissertation under the supervision of a faculty adviser and dissertation committee, and the research activities and resources necessary to complete one dissertation can be entirely different from those required for another doctoral student in the same program. Is it permissible to authorize CPT for a doctoral student working on their dissertation when CPT is required for the student's individual dissertation plan, as approved by the faculty advisor and committee?

A UW-Madison doctoral student called SEVP with this exact question and received the following answer from the SEVP Helpdesk. Can you confirm this is accurate? If so, can P/DSOs expect this to be clarified by SEVP in another BCM?

1. For students doing a master's program and lower, the "all required" rule applies to them and everyone has to be required to do practical training to be granted CPT;
2. But for PhD students it is different; they are not restricted to taking CPT only if other classmate in the same program are required to take it; PhD student can be granted CPT if CPT is directly related to that student's study.
3. Student in the lower degree level all have to be required to take practical training to take CPT but whereas PhD student is different they can take CPT if the CPT is required individually.

**Master's with thesis requirement**
Like the dissertator scenario above, graduate students enrolled in a master's program that requires every student in the program to complete a thesis to graduate each have an individualized thesis topic. Is it permissible to authorize CPT for a masters thesis required student when CPT is required for the student's individualized thesis plan, as approved by the faculty advisor?

I appreciate your response. As you may imagine, we have some urgency for clarification as our semester begins in less than one week.

Thank you,
Samantha

**Samantha McCabe** (Hear My Name)
Pronouns: She/Her/Hers
Director (PDSO, ARO)
International Student Services

International Division
University of Wisconsin-Madison
702 Langdon Street l Suite 130 l Madison, WI 53706 l (608) 262-2044
iss.wisc.edu l Terra Dotta - Your Student Immigration Portal
Report an Incident or Student of Concern l Scam Awareness & Reporting