**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

ASSOCATION OF AMERICAN UNIVERSITIES, *et al*.,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

Case No. 1:26-cv-14520

**INDEX OF EXHIBITS TO MOTION FOR A PRELIMINARY INJUNCTION AND STAY OF AGENCY ACTION**

| Exhibit No. | Description |
|---|---|
| **1** | Declaration of Association of American Universities |
| **2** | Declaration of Presidents' Alliance on Higher Education and Immigration |
| **3** | Declaration of Association of Independent Colleges and Universities in Massachusetts |
| **4** | Declaration of NAFSA: Association of International Educators |
| **5** | Declaration of Columbia University |
| **6** | Declaration of Cornell University |
| **7** | Declaration of Dartmouth College |
| **8** | Declaration of Foothill-DeAnza Community College District |
| **9** | Declaration of Grinnell College |
| **10** | Declaration of University of Illinois Urbana-Champaign |
| **11** | Declaration of Michigan State University |
| **12** | Declaration of University of Pennsylvania |
| **13** | Declaration of Vanderbilt University |
| **14** | Declaration of Washington University at St. Louis |
| **15** | Declaration of Universities of Wisconsin |

Dated: October 5, 2026

Respectfully submitted,

JENNER & BLOCK LLP

By: */s/ Shoba Pillay*

Shoba Pillay, BBO No. 659739
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

Ishan K. Bhabha (*pro hac vice pending*)
Lindsay C. Harrison (*pro hac vice pending*)
Ian Heath Gershengorn (*pro hac vice pending*)
Elizabeth Henthorne (*pro hac vice pending*)
Anjali Motgi (*pro hac vice pending*)
Daniel Schwei (*pro hac vice pending*)
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
IBhabha@jenner.com
LHarrison@jenner.com
IGershengorn@jenner.com
BHenthorne@jenner.com
AMotgi@jenner.com
DSchwei@jenner.com

*Attorneys for Plaintiffs*