**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-14520 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR**
**<u>A PRELIMINARY INJUNCTION AND STAY OF AGENCY ACTION</u>**

The Court hereby grants Plaintiffs' Motion for a Stay pursuant to 5 U.S.C. § 705, postponing the effective dates of the Student and Exchange Visitor Program ("SEVP") Broadcast Messages 2608-01 and 2608-02 (the "Broadcasts") pending judicial review.

The Court further enters a preliminary injunction pursuant to Fed. R. Civ. P. 65(a) against Defendants the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, the U.S. Department of Justice, Secretary of Homeland Security Markwayne Mullin, in his official capacity, Acting Director of ICE David Venturella, in his official capacity, and Attorney General of the United States Todd Blanche, in his official capacity (collectively, "Defendants"), prohibiting Defendants, their agents, and anyone acting in concert or participation with Defendants from implementing, enforcing, or otherwise carrying out the Broadcasts' interpretation of 8 C.F.R. § 214.2(f)(10)(i) as to Plaintiffs and each of their members, employees, and students, both prospectively and with respect to conduct and approvals that occurred prior to the Broadcasts' issuance, and to rescind any adverse action already taken in reliance on the

Broadcasts. Additionally, Defendants are ordered to rescind any adverse action already taken in reliance on the Broadcasts.

The Court further orders that within 24 hours of the entry of this Order, Defendants provide written notice of the Order to all institutions certified by SEVP and, within 48 hours, Defendants notify this Court that they have done so.

It is so ordered.

Dated: ________________________

______________________________
District Judge