**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-14520 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**MEMORANDUM EXCEEDING TWENTY PAGES**

Pursuant to Local Rule 7.1(b)(4), Plaintiffs hereby move for leave to file an overlength memorandum of 45 pages in support of Plaintiffs' Motion for a Preliminary Injunction and Stay of Agency Action. *See* Local Rule 7.1(b)(4) (permitting overlength memoranda with leave of court). A copy of the proposed memorandum is attached hereto as an exhibit.

As the proposed memorandum reflects, Plaintiffs have good cause for this request for an overlength brief given the importance of the issues before the Court; the need to outline the regulatory history relevant to the challenged administrative actions; and the fifteen factual declarations submitted in support of the Motion. Plaintiffs submit that additional space to develop the necessary factual background and address the governing legal principles will aid this Court in resolving the issues presented. Granting this Motion will not result in any prejudice, and Plaintiffs would be amenable to a corresponding enlargement for any opposition filed by Defendants. Accordingly, Plaintiffs respectfully request that this Court grant this motion for leave to file an overlength brief.

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs notified counsel for Defendants

regarding the contents of this Motion. Plaintiffs have not yet had an opportunity to meet and confer with Defendants' counsel, but Plaintiffs are proceeding with this filing given the need for prompt relief as set forth in their proposed memorandum and the declarations accompanying their Motion for a Preliminary Injunction and Stay of Agency Action.

Dated: October 5, 2026

Respectfully submitted,

JENNER & BLOCK LLP

By: */s/ Shoba Pillay*

Shoba Pillay, BBO No. 659739
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

Ishan K. Bhabha (*pro hac vice pending*)
Lindsay C. Harrison (*pro hac vice pending*)
Ian Heath Gershengorn (*pro hac vice pending*)
Elizabeth Henthorne (*pro hac vice pending*)
Anjali Motgi (*pro hac vice pending*)
Daniel Schwei (*pro hac vice pending*)
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
IBhabha@jenner.com
LHarrison@jenner.com
IGershengorn@jenner.com
BHenthorne@jenner.com
AMotgi@jenner.com
DSchwei@jenner.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of October 2026, I caused the foregoing to be electronically filed with the Clerk of the Court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Shoba Pillay*
Shoba Pillay, BBO No. 659739
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

Dated: October 5, 2026

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(a)(2), on October 5, 2026, counsel for Plaintiffs provided notice of this Motion to the following individuals at the U.S. Department of Justice by electronic mail:

Brett Shumate
Assistant Attorney General, Civil Division
brett.a.shumate@usdoj.gov

Eric J. Hamilton
Deputy Assistant Attorney General, Federal Programs Branch
eric.hamilton@usdoj.gov

Drew C. Ensign
Deputy Assistant Attorney General, Office of Immigration Litigation
drew.c.ensign@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

In addition, Plaintiffs are providing a copy of this motion to the above-named individuals by electronic mail.

*<u>/s/ Shoba Pillay</u>*
Shoba Pillay, BBO No. 659739
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

Dated: October 5, 2026