**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-14520 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION**
**FOR LEAVE TO FILE MEMORANDUM EXCEEDING TWENTY PAGES**

The Court hereby grants Plaintiffs' Motion for Leave to File Memorandum Exceeding Twenty Pages, authorizing Plaintiffs to file a memorandum in support of their Motion for a Preliminary Injunction and Stay of Agency Action that is 45 pages in length. Plaintiffs shall promptly file their proposed memorandum on the docket as a memorandum in support.

It is so ordered.

Dated: ________________________

______________________
District Judge