**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-14520 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Association of American Universities ("AAU") is a non-profit association. AAU is not a subsidiary of any other corporation and no publicly held company owns 10% or more of its stock.

Dated: October 5, 2026

Respectfully submitted,

JENNER & BLOCK LLP

By: */s/ Shoba Pillay*

Shoba Pillay, BBO No. 659739
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

Ishan K. Bhabha (*pro hac vice pending*)
Lindsay C. Harrison (*pro hac vice pending*)
Ian Heath Gershengorn (*pro hac vice pending*)
Elizabeth Henthorne (*pro hac vice pending*)
Anjali Motgi (*pro hac vice pending*)
Daniel Schwei (*pro hac vice pending*)
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000

IBhabha@jenner.com
LHarrison@jenner.com
IGershengorn@jenner.com
BHenthorne@jenner.com
AMotgi@jenner.com
DSchwei@jenner.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of October 2026, I caused the foregoing to be electronically filed with the Clerk of the Court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Shoba Pillay*

Shoba Pillay, BBO No. 659739
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

Dated: October 5, 2026