UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSTIES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>Defendants. | No. 1:26-cv-14520-JEK |

**DEFENDANTS' MOTION FOR AN**
**EXTENSION OF TIME**
**TO RESPOND TO THE COMPLAINT/PRELIMINARY INJUNCTION**

Defendants respectfully move for an extension of time, up to and including Wednesday, October 28, 2026, to respond to the Complaint/Motion for Preliminary Injunction (Doc. Nos. 1 and 8, "Complaint/PI"). In support of this motion, counsel for Defendants has had discussions with various agencies for the Government, and has communicated with Plaintiffs' counsel, in an attempt to resolve this matter. Given the allegations in the Complaint/PI, counsel for Defendants respectfully seeks an extension of time to October 28, 2026, to respond. Counsel for Defendants submits that this additional time is being requested in good faith to provide the Government with the time necessary to fully address the Complaint/PI with the various federal agencies named as Defendants.

WHEREFORE, Defendants respectfully request that the Court permit up to and including Wednesday, October 28, 2026, to respond to the Complaint/PI.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Email: rayford.farquhar@usdoj.gov

**LOCAL RULE 7.1 CERTIFICATION**

I, Rayford A. Farquhar, Assistant United States Attorney, hereby certify that today I spoke with Plaintiff's counsel, and although Plaintiffs would agree to an extension of time to Monday, October 26, 2026, the Government nonetheless needs the additional time to Wednesday, October 28, 2026, to pursue a resolution of this case or in the alternative to file a response.

Dated: October 19, 2026

By: */s/ Rayford A. Farquhar*
Rayford A. Farquhar
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 19, 2026

By: */s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Assistant United States Attorney