**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 26-cv-14520-JEK |

**DEFENDANTS' MOTION TO EXCEED TWENTY-PAGE LIMIT**

Defendants respectfully request that they be allowed to file a memorandum in support of their opposition to Plaintiffs' motion for a preliminary injunction and for a stay (ECF No. 18) that exceeds the twenty-page limit prescribed by Local Civil Rule 7.1(b)(4).

Plaintiffs have filed a 56-page memorandum of law in support of their motion for a preliminary injunction and for a stay. Due to the number of claims and legal arguments raised by Plaintiffs in their motion, Defendants require additional pages in an attempt to fully brief the issues raised in Plaintiffs' lengthy motion. It is anticipated that the opposition should be approximately 26 pages.

Therefore, Defendants respectfully request that they be allowed to file a memorandum of law in excess of the twenty-page limit.

Dated: October 28, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: *<u>/s/ Thomas W. Duffey</u>*
THOMAS W. DUFFEY
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3216
Thomas.duffey@usdoj.gov

*Attorneys for Defendants*

**LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1(A)(2), I certify that I conferred with counsel for Plaintiffs in a good faith effort to narrow or resolve the issues presented by this motion, and counsel for Plaintiffs kindly assented to the relief requested in this motion.

By: *<u>/s/ Thomas W. Duffey</u>*
THOMAS W. DUFFEY
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Exceed 20-Page Limit was electronically served via CM/ECF on the 28th day of October to the counsel of record for the Plaintiffs.

By: *<u>/s/ Thomas W. Duffey</u>*
THOMAS W. DUFFEY
Assistant United States Attorney