**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

Case No. 1:26-cv-14520

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF**

Pursuant to Local Rule 7.1(b)(3), Plaintiffs in the above-captioned action respectfully move for leave to file a reply brief of no more than 15 pages on or before November 4, 2026, in support of their Motion for a Preliminary Injunction and Stay of Agency Action, ECF No. 8. *See* Local Rule 7.1(b)(3). Defendants take no position on this request.

A reply brief would afford Plaintiffs the opportunity to respond to arguments that it did not know, and could not have known, the full scope of when filing their Motion. For instance, Defendants assert in their Opposition that Plaintiffs lack standing to bring this case. ECF No. 27 at 8-12. Only after Plaintiffs reviewed the Opposition did they learn Defendants' position on this issue and the bases for its arguments. And only in the Opposition brief did Defendants first articulate their position on the retroactivity and finality of the Broadcasts, *see id.* at 20, 12-15, and their analysis of the regulatory text, *id.* at 18-19. A brief of 15 pages is also reasonable in light of Defendants' 26-page Opposition. And a deadline of November 4 would ensure that the Court has Plaintiffs' brief within 7 days of the filing of the Opposition and 2 days before the hearing scheduled on the underlying motion. ECF No. 19.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion for leave to file a reply brief of no more than 15 pages by November 4, 2026, in support of their Motion for a Preliminary Injunction and Stay of Agency Action.

Dated: October 29, 2026

Respectfully submitted,

JENNER & BLOCK LLP

By: */s/ Lindsay C. Harrison*

Ishan K. Bhabha (*pro hac vice*)
Lindsay C. Harrison (*pro hac vice*)
Ian Heath Gershengorn (*pro hac vice*)
Elizabeth Henthorne (*pro hac vice*)
Anjali Motgi (*pro hac vice*)
Daniel Schwei (*pro hac vice*)
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
IBhabha@jenner.com
LHarrison@jenner.com
IGershengorn@jenner.com
BHenthorne@jenner.com
AMotgi@jenner.com
DSchwei@jenner.com

Shoba Pillay, BBO No. 659739
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

*Attorneys for Plaintiffs*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on October 29, 2026, Plaintiffs' counsel conferred with Defendants' counsel by email in a good faith attempt to resolve or narrow the issues involved in this Motion, and that Defendants stated that they take no position on this Motion.

*/s/ Lindsay C. Harrison*
Lindsay S. Harrison (*pro hac vice*)
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
LHarrison@jenner.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October 2026, I caused the foregoing to be electronically filed with the Clerk of the Court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Lindsay C. Harrison*

Lindsay S. Harrison (*pro hac vice*)
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
LHarrison@jenner.com

Dated: October 29, 2026