**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-14520 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR LEAVE TO FILE REPLY BRIEF**

The Court hereby grants Plaintiffs' Motion for Leave to File Reply Brief, authorizing Plaintiffs to file a reply brief of no more than 15 pages on or before November 4, 2026, in support of their Motion for a Preliminary Injunction and Stay of Agency Action, ECF No. 8.

It is so ordered.

Dated: ________________________

________________________
District Judge