**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-14520 |

**PLAINTIFFS' MOTION FOR AUDIO ACCESS TO NOVEMBER 6 HEARING**

Plaintiffs respectfully request that a telephonic public access line be made available for the hearing on Plaintiffs' Motion for a Preliminary Injunction and Stay of Agency Action scheduled for November 6, 2026, at 3:00 PM in Courtroom 3. Doc No. 19. Defendants' counsel has informed Plaintiffs' counsel that Defendants take no position on this motion.

Good cause exists for this request. This case involves matters of public importance regarding the federal government's oversight of training opportunities available to international students. And the four associational Plaintiffs collectively represent hundreds of members who are subject to the challenged agency action, including both institutions of higher education, AAU Decl. ¶¶ 6-7, Doc. No. 8-1; PA Decl. ¶¶ 3, 6-8, Doc. No. 8-2; AICUM Decl. ¶¶ 3, 5, 7-8, Doc. No. 8-3, and individual school officials, NAFSA Decl. ¶¶ 2-3, Doc. No. 8-4. Audio access will permit interested parties—including Plaintiffs and their members, many of whom are unable to attend the hearing in person—to listen to the proceedings remotely. No party would be prejudiced by this request.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion

and make available a telephonic public access line for the November 6 hearing.

Dated: November 4, 2026

Respectfully submitted,

JENNER & BLOCK LLP

By: */s/ Lindsay C. Harrison*

Ishan K. Bhabha (*pro hac vice*)
Ian Heath Gershengorn (*pro hac vice*)
Lindsay C. Harrison (*pro hac vice*)
Elizabeth Henthorne (*pro hac vice*)
Anjali Motgi (*pro hac vice*)
Daniel Schwei (*pro hac vice*)
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
IBhabha@jenner.com
IGershengorn@jenner.com
LHarrison@jenner.com
BHenthorne@jenner.com
AMotgi@jenner.com
DSchwei@jenner.com

Shoba Pillay, BBO No. 659739
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

*Attorneys for Plaintiffs*

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that Plaintiffs' counsel conferred with Defendants' counsel by email between November 2-4, 2026, in a good faith attempt to resolve or narrow the issues involved in this motion, and that Defendants take no position on this motion.

*/s/ Lindsay C. Harrison*
Lindsay C. Harrison (*pro hac vice*)
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
LHarrison@jenner.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Lindsay C. Harrison*
Lindsay C. Harrison (*pro hac vice*)
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
LHarrison@jenner.com

Dated: November 4, 2026